# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

Gregory M Stapleton )
)
_____ )
Plaintiff )
)
vs. )         Case No. _____
)         *(The case number will be assigned by the clerk)*
Taylorville Correctional Center )
Doctor Abdur Nawoor )
Katie Hackney )
Megan Eggeman )
Wexford Sources Inc )
Warden Shelith Hansbro )
_____ )
_____ )
)
Defendant(s) )

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

[X] 42 U.S.C. §1983 (state, county or municipal defendants)

[ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

[ ] Other federal law: _____

[ ] Unknown _____

### I. FEDERAL JURISDICTION

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

~~Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or~~ other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Doctor Abdur Nawoor

Prison Identification Number: _____

Current address: _____

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Dr Abdur Nawoor

Current Job Title: Doctor

Current Work Address: 1144 IL Rt 29 Taylorville, IL 62568

Defendant #2:

Full Name: Katie Hackney

Current Job Title: Medical Administrator

Current Work Address: 1144 IL Rt 29 Taylorville, IL 62568

Defendant #3:

Full Name: Megans Eggeman

Current Job Title: Head of Nurses

1144 IL Rt 29 Taylorville, IL 62568

2

Current Work Address 1144 IL Rt 29
Taylorville, IL 62568

**Defendant #4:**

Full Name: Shelith Hansbro

Current Job Title: Warden of Programs and over the Health Department

Current Work Address: 1144 IL Rt 29
Taylorville, IL 62568

**Defendant #5:**

Full Name: Wexford Health Sources Inc

Current Job Title: Contract by IDOC for Health Department

Current Work Address: 5001 Holiday Dr Foster Plaza 4
Pittsburgh, PA 15220

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?     Yes ☐     No ☒

If yes, please describe _____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☒     No ☐

C. If your answer to B is yes, how many? __1__  Describe the lawsuit(s) below.

3

1. Name of Case, Court and Docket Number   19-CV-3095

2. Basic claim made   Wrongful imprisonment

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?)   dismissed

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?   Yes ☒   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☒   No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed?   Yes ☒   No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence   Taylorville Correctional Center

4

Date(s) of the occurrence _____

State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.

I transfer to Taylorville Correctional Center in June on 2019. I was going though the same problems in Dixon Correction Center. Which I was getting ready to get sent out to a outside doctor because I had Physical Therapy which was working on my condition. So I was being sent out for a MRI. But I was transferring to Taylorville so I was sent out and it didn't carry over. So when I got to Taylorville I let them know what was going on with me. I kept going to sick call for my chronic pain. So they refuse to do anything about my pain. I had to keep paying $5.00 for the the same problem. But chronic pain there's no co-pay. So I kept going back and for with Katie Hackney + Megan Eggsman. So when I seen Dr. Nawoor. He ask me what was the matter I explain everything to him. He never did any type of examination nothing. So I kept coming back still the same thing he told me there's nothing he can do for me. So I wrote a request to Warden Hawsbro and nothing still wasn't done. I wrote Wexford Health Sources Inc. Same thing nothing done. They all just throws it under the rug. So I kept writing grievance's. So I was sent out to Taylorville Hospital for a one day evaluation for Physical Therapy. Which I have enclose medical records. So the Physical Therapist gave me exercises to do. Because the prison refuse to let me go back and forward for treatment. So I do my exercise in healthcare were there is no License Therapist on the grounds. Nurse aren't License and there's no supervision while you are doing your so call therapy

5

IF I pull or hurt something They wouldn't know what to do.

Inform them I can't move or kiss my arm it feel like it's on fire and someone is stabbing me. My entire left side of my body is messed up and it locks up everyday. numbness. A lot of pressure on my lower back It takes me 30 minutes to get out of bed everyday. This all started back in Oct 26, 2018 I was in Will County Jail. I report the toilet was leaking in cell 13 B Pod. So on Oct 26, 2018. I was getting shipped to IDOC got up around 5:30 to take my med's for my PTSD, I slip and fell water all in the cell. There were wet and dry spot. C/o Boyce help me into a chair went into the room with his light and sees the water. The report that was wrote was false. Because I came to IDOC in a Wheelchair I hit my head. They didn't do no type of evaluation done with this injury I have been disable from doing everything I use to do. Sports, walking, standing, bending etc. Now I have hearing aids, walk with a cane. headaches, hip mess up my entire left side locks up I never had any of these symptoms. Until this slip and fall. And I feel if I had the right treatment and doctors I wouldn't be in the position I'm in. now This doctor here at Taylorville doesn't know anything. He about 85.90 years old. And you can barely understand anything he says. I ask to get some test ran for cancer because I had blood come out use the bathroom. Went to healthcare they gave me a EKG. And I came over here blood coming behind. So this the only route I just really found out to go. I can't deal with this pain. It's causing my PTSD to act up. And I need a total check up. Because I know when something wrong with me. I have been letting my

6

wife know what's going on. And she has been keeping my outside docter informed. So I have sent all my records to my wife so she can show my own family docter. I understand we are in jail But they treat you like your not human so just let them stay in pain or die. They have violated my 8th and 14th Amendment under the US Constitution. I Also have asthma I tell the docter that I have hard time breathing and I be having chest pains. This been going on for three month and nothing still isn't being done. This all is delber indifference, follow by medical neglect and mal pratice.

### RELIEF REQUESTED
(State what relief you want from the court.)

A declaration that the acts and omissions described herein

violates my Rights under the 8th and 14th Amendment under the United States Constitution. Compensatory damages in the amount of 2,000,000. defendant jointly and severally Punitive damages in the amount 2,000,000 And also get me to a outside hospital so I can find out what wrong with my Health so I can get treated In my 49 years. I never had hearing aids, walk with a crane. Entire left side locks up. headaches. can't sleep on left side. Until this injury. This could effect me for the rest of my life.

JURY DEMAND     Yes [X]     No [ ]

Signed this  Dec 21  day of  21 , 20 19 .

_____
( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Gregory Stapleton | S10026 |
| Address: | Telephone Number: my wife number — Latoya Stapleton |
| 1144 IL Rt-29, Taylorville, IL 62568 | 217-441-3488 |