E-FILED
Thursday, 02 January, 2020 04:57:24 PM
Clerk, U.S. District Court, ILCD


**Wexford Health**
SOURCES INCORPORATED

October 11, 2019

Mr. Gregory Stapleton #S10026
Taylorville Correctional Center
1144 IL-29
Taylorville, IL 62568

Subject:     Your Recent Letter

Dear Mr. Stapleton:

We are in receipt of your recent letter..

Please remember to follow the established sick call process and grievance procedure at the facility to have your medical concerns addressed.

Please be assured that the medical staff at Taylorville C.C. is comprised of qualified and dedicated professionals who are there to assist your medical needs.


Very truly yours,

**Wexford Health Sources, Inc.
Risk Management Department**

501 HOLIDAY DRIVE  |  FOSTER PLAZA FOUR  |  PITTSBURGH, PA 15220  |  P: 412-937-8590  |  F: 412-937-8599  |  WWW.WEXFORDHEALTH.COM

Date:   July 24, 2019

FROM:  K. Hackney RN HCUA

REGARDING GRIEVANCE OF:      Stapleton, Gregory      S10026

                                          Date of grievance:     7-6-19

I have read your grievance and reviewed your chart. I see we have obtained some of your old records from an outside doctor and you have been having issue with your left shoulder and lower back since at least February 2017. I see where you have had a cortisone injection also. They did want you to continue physical therapy and range of motion exercises. Our doctor here did multiple x-rays including your back, shoulder and hip and found 'mild degenerative changes at C4-C5 and C5-C6' (neck). This is consistent with pain from mild arthritis. The treatment for that would be Tylenol or Motrin but you have listed an allergy to Motrin. Therefore, you can take over the counter Tylenol and continue with excersies that are comfortable and you have been instructed to do in the past.

I do not see where you were taken for a collegial review to have an MRI at Dixon. If you continue to have pain, you will need to talk with the doctor again and see if he thinks an MRI is necessary.

Your healthcare needs are being met at this time and therefore there is no merit to your grievance.

Ex

SELF-REPORTED OUTCOME MEASURE: FOTO 75% impairment

EDUCATION: Therapist provided education regarding patient's condition and how therapy services would be of benefit. The patient was provided with a home exercise program as per exercise summary in chart. The patient demonstrates independence with home exercises and understanding of education provided as demonstrated through conversation with therapist and demonstration of skills.

TREATMENT: Performed PROM L shoulder x5 reps into flex, abduct, IR, and ER. Performed light isometric strengthening to left shoulder flex, abduct, IR and ER x 10 daily. Performed self assisted supine flexion of his shoulder x 10 reps. taught him to do this with his cane. He performed cane externa rotation x 10 reps as well. Taught posture correction and hookly single bent knee lift for neutral spine core stability. Tried to have him perform sidely L hip abduct and clam shell ER. It was too painful to perform. Attempted AROM L hip rotation in sitting, but too painful, therefore did not issue any hip exercises due to pain.

*Assessment*
CLINICAL PRESENTATION: Patient is a 49 year old male who presents to physical therapy with a therapy diagnosis of low back pain, L hip pain with possible impingement, left shoulder pain with possible rotator cuff pathology, referred by Dr NawoorSymptoms began 10-26-2018ago and have not improved. He fell on a wet floor on 10-26-2019 and injured his left hip and shoulder. He had a prior h/o low back pain with disc disease prior to this fall. Today he has low back pain and responded well to neutral spine stabilization. He presents with limited and painful ROM in his left shoulder. He has weakness in his left shoulder and appears to have some proximal left shoulder instability. He also presents with left hip pain. He is weak in his left hip and ROM is limited in his left hip. He has positive impingement tests in his left hip and on multiple occasions there was a loud pop in the left hip during ROM that was reported to be painful. His balance is impaired and he was not able to perform SLS very long. He would benefit from continued skilled PT for core stability and L shoulder ROM and strengthening, but unfortunatly will not be able to cont due to lack of approval of further visits per medical director of the prison. In regards to the condition of his left hip, I recommend further medical work up of his left hip pain.

PROBLEM LIST/IMPAIRMENTS: pain in back, left shoulder, left hip

REHAB POTENTIAL: good

PERSONAL FACTORS/CO-MORBIDITIES AFFECTING PLAN: he is incarcerated in prison and they are only allowed to attend one PT visit.

STABILITY OF SYMPTOMS: unstable L hip pain/popping

EXPECTED FUNCTIONAL OUTCOME: defer to medical director of the prison to do further work up of his left hip pain.

*Plan*
The following treatment plan has been made with input from the patient and they verbalize agreement with the plan of care and expectations.

Issued a HEP of core stability, L shoulder ROM and strengthening. D/C at this time. Recommendations made for further medical work up of his left hip pain.

PHYSICIAN SIGNATURE/DATE: _____ Dr. Abdur Nawoor

| Billing Code | Modifiers | Billing Description | Units | Minutes |
|---|---|---|---|---|
| 97162GP | | TMH-PT-EVAL MOD COMPLEXITY | 1 | 0 |
| 97110GP | | TMH-PT-EXERCISE 15 MIN | 2 | 15 |

Thank you for your referral. We will keep you up to date of this patient's status.

Sincerely,

LEARNING NEEDS ASSESSMENT: The following learning barriers were identified at the time of evaluation: has bilateral hearing aides. wears glasses.

PATIENT GOAL: find out what is wrong and fix it

*Objective*
OBSERVATION: Sits in slump posture, forward head.

PAIN:
Rating: On a 0-10 scale with 0=no pain, 10=maximum pain possible, patient reports the following:
 Best: 8 shoulder/7.5 back
 Worst: 8 shoulder/7.5 back
 Current: 8 shoulder/8.5 back
Location: anterior to posterior L shoulder, down arm to hand/ across low back down L leg
Description: pain and locking
24 hour pattern: constant
Aggravating factors: back: bend forward/back, walk >1 hour, sit>1 hour. L shoulder is any reaching
Relieving factors: laying down helps back. hold L arm immobile against his body. Muscle rub on the shoulder/hot shower

COMMUNICATION, AFFECT, COGNITION:
No apparent deficits; Patient is cooperative and attentive to session.

CARDIOVASCULAR/PULMONARY SYSTEM:
No apparent deficits; not formally assessed this date.

INTEGUMENTARY SYSTEM:
L humeral head sits significantly forward compared to right. L scapula is abducted and has muscular atrophy.

MUSCULOSKELETAL SYSTEM:
Postural Impairments: see above

Range of Motion: Trunk extend 50% pain across low back and down left leg/nw. Trunk flex 50% low back pain/nw. Repeated flex in stand x 10 reps radiates pain down left leg/nw. Hookly/neutral spine least pain.
Hip: flex L 65 degrees with loud audible pop upon return to extension with pain reported. abduct 15 end range pain. R hip flex 100, R hip abduct 25. R hip adduct WNL, L hip adduct to neutral with end range pain L hip. Log roll hip IR/ER wnl and painfree R hip, Patient has moderate ROM limit with log roll and ERP(end range pain) with IR and ER. In prone he has ROM WNL R leg no pain. Has marked limit in hip IR and ER L LE with pain. Sitting hip ROM R hip ER 35, IR 27 degrees. L hip sitting ROM ER 20 pop and pain, IR10 pop and pain.
Neck AROM: flex 50% burning pain L shoulder/nw, extend 50% burning pain L shoulder/w, R rotate and sidebend 75% burning pain in left shoulder/w, L lateral flex and rotate is 50% erp burning L shoulder/w.
Shoulder Right: flex A 155 P 165, abduct A147 P165 ER 85, IR 76. Left: flex A 95 pn P 80pn, abduct A85 pn P60 pn, IR 75 @side, ER 43 @30 abduct.

Strength: L hip abduct 3+/5 pain, L hip extend 3-/5 pain, L hip flex 4/5 pain, L knee flex and extend are 5/5, L ankle df and pf is 5/5. R LE is grossly 5/5.

NEUROMUSCULAR SYSTEM:
Reflexes: nt
Sensation: nt
Coordination: nt
Proprioception: nt
Neural Tension: nt
Balance: SLS R LE 10 seconds, SLS L LE 3 sec. Can heel walk but is painful low back. Can toe walk no deficits.
Gait: Gait is with short stride length left leg.
Special tests: FADDIR and FABER (+) L hip, (-) right hip. Anterior and posterior load and shift in left shoulder are painful and lax in mobility compared to right side.
Transfers/Transitions: Independent
FUNCTIONAL TESTS: see balance

**Send Claims to:**
Wexford Health Sources
P.O. Box 16218
Pittsburgh, PA 15220
1-412-937-8590

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Medical Special Services Referral and Report**

Pre-certification Number: Audiogram 472657047

Facility: Taylorville

Offender's Name: Gregory Stapleton   ID# S10026   DOB: 6/28/70

Reason for Referral:
☐ Consult  ☐ Non-Formulary Medications  ☐ Medical Equipment
☐ Evaluation  ☐ Management
☐ Procedure/service (specify) _____
☐ Other (specify) _____

Urgent: ☐ Yes  ☐ No

Referred to: Audiogram

Rationale for Referral: Positive hearing screening

Print Referring Practitioner's Name: ABDUR R. NAWOOR MD
Date: 6-12-19

**Report of Referral**

Findings: Mr. Stapleton has a (R) slight to moderate (L) moderate to moderately severe sensorineural hearing loss. His UCL is 100+/100 and MCL of 60/55. Ear canals are clear + unobstructed to TM. TM is unremarkable.

Assessment: Otoscopy was performed c above results. Air+bone conduction was performed along c UCL + MCL values.

Recommendations/Plans: Mr. Stapleton would benefit from binaural HAs.

Print Practitioner's Name: Jennifer Wagner
Date: 7.17.2019

**Facility Medical Director Use Only**
I have reviewed the recommendations and:

☑ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision, DOC 0255.

Print Facility Medical Director's Name: [signature]
Date: 7/18/19

# HEARING HEALTH REPORT

AUDIBEL

Today's Date 7.17.2015

Patient's Name Stapleton, Gregord

Gender  ✗ Male  ___ Female

Date of Birth 6.28.70   Inmate Number S10026

Correction Site: Taylorville CC

## Hearing Health History (check all that apply)

Allergies ☐   Insulin-Dependent Diabetic ☒   Taking Medications ☒

Arthritis ☒   Ringing in ear(s) ☒   Medical or Surgical Treatment for hearing loss ☒

Comments:

## FDA Question:

Visible congenital or traumatic deformity of the ear? ............................................................ ☐ Yes ☒ No

Visible evidence of significant cerumen accumulation or a foreign body in the ear canal? .......... ☐ Yes ☒ No

Visible congenital or traumatic deformity of the ear? ............................................................ ☐ Yes ☒ No

My history of, or active drainage from the ear within the previous 90 days? ........................... ☐ Yes ☒ No

My history of sudden or rapidly progressive hearing loss within the previous 90 days? ............. ☐ Yes ☒ No

Have you experienced any acute or chronic dizziness? ........................................................... ☐ Yes ☒ No

Is there a unilateral hearing loss of sudden or recent onset within the previous 90 days? ......... ☐ Yes ☒ No

Have you experienced any pain or discomfort? ..................................................................... ☐ Yes ☒ No

Audiometric air-bone gap equal to, or greater than 15 dB at 500 Hz, 1000 Hz and 2000 Hz? ...... ☐ Yes ☒ No

If the answer is "Yes" to any of these questions, patient must be referred to a physician or ear specialist prior to hearing instrument fitting.

Comments:

Stapleton, Gregory

**Patient's Test Results**



**IMPORTANCE TO SPEECH INTELLIGIBILITY**

**SPEECH TEST RESULTS**

| EAR | UCL (dB HL) | MCL (dB HL) | SRT (dB HL) | WRS % CORRECT | WRS PRESENT LEVEL | PTA (dB HL) | Test Environment |
|---|---|---|---|---|---|---|---|
| RIGHT | 100 | 55 | | | | L    R | Ambient Noise Level |
| LEFT | 100 | 80 | | | | | (in dB SPL) |
| BINAURAL | L      R | 60    55 | | L      R | | | |

Hearing Care Professional: [signature]    License No. 3360

ILLINOIS DEPARTMENT OF CORRECTIONS
Auxiliary Aids & Services Assessment / Communication Plan

| Stapleton, Gregory | Taylorville Correctional Center | S10-026 |
|---|---|---|
| Offender Name | Facility | ID Number |

**ADA Coordinators**: If this is an initial Communication Plan, please indicate if this information is:

Self-reported ☐   Medically documented ☒

*Is this a re-assessment?   Yes ☒   No ☐

It yes, have there been changes since prior assessment?   Yes ☐   No ☒

If yes, list changes:

## 1. Assessment of Sign Language Ability

A. Deaf:   Left ear ☐   Right ear ☐   Both ☐

   Hard of Hearing:   Left ear ☐   Right ear ☐   Both ☒

   DeafBlind or Visually Impaired:   Yes ☐   No ☒   Wears glasses

B. Offender uses sign language?   Yes ☐   No ☒

   If yes, is sign language the Offender's *primary* language?   Yes ☐   No ☐

   Offender's proficiency?   Fluent ☐   Conversational ☐   Beginner ☐

C. Type of interpreter needed:   ASL (American Sign Language) ☐   Signed English ☐
   ASL + Certified Deaf Interpreter ☐   Sign Language from other Country ☐
   Other: ☐ _____

D. Any Secondary Disabilities which could limit communication?   Yes ☒   No ☐

   If yes, please list:

Has some sight issues - wears glasses

## 2. Assessment of Reading / Writing Ability

(For example: Is the personal able to read and write? Does the person have the ability to engage in basic communications through reading/writing? If so, are there conditions required, such as no constraints?)

A. Able to read?   Excellent ☐   Good ☒   Fair ☐   Poor ☐   None ☐

B. Able to write?   Excellent ☐   Good ☒   Fair ☐   Poor ☐   None ☐

C. Able to engage in basic communications through reading?   Excellent ☐   Good ☒   Fair ☐   Poor ☐   None ☐

D. Special conditions needed?   Yes ☐   No ☐

If yes, please list:

ILLINOIS DEPARTMENT OF CORRECTIONS
Auxiliary Aids & Services Assessment / Communication Plan

| Stapleton, Gregory | Taylorville Correctional Center | S10026 |
|---|---|---|
| Offender Name | Facility | ID Number |

Comments:

### 3. Assessment of Speaking Ability

(For example: Can the person speak sufficiently clearly for the average person to understand them? If so, are there conditions required, such as in a quiet setting?)

A. Able to speak clearly for the average person to understand?    Excellent ☐   Good ☐   Fair ☒   Poor ☐   None ☐

B. Special conditions needed?    Yes ☐   No ☒

If yes, please list:

Comments:

### 4. Assessment of Lip-Reading Ability

(For example: Can the person read lips? If so, are there conditions required, such as only when the person speaking speaks clearly and slowly, or only when the conversation is one-on-one and in a quiet setting?)

A. Able to read lips?    Excellent ☐   Good ☒   Fair ☐   Poor ☐   None ☐

B. Special conditions needed?    Yes ☒   No ☐

If yes, please list: Need face-to-face contact

Comments:

### 5. Communication Devices

A. Uses:    Hearing Aid ☒    Cochlear Implant/Implantable Device ☐

B. Device:    Requires batteries ☒    Rechargeable ☐

**A. Accommodations that must be provided for the following programs and activities:**

For 'Interpreter Needed', note whether the Offender requires an interpreter. If Offender's primary language is sign language per the Qualified Specialist's assessment, presume an interpreter is needed.
For 'Other Accommodation Needed', note whether the Offender requires other Auxiliary Aids/Services or Accommodations, such as one-on-one meetings in quiet room, exchange of written note, visual aids, etc.

| Program, Service or Activity | Interpreter Needed? | List Other Accommodations Needed? | Confirmed by ADA Coordinator | Comments |
|---|---|---|---|---|
| Disciplinary investigations and proceedings | Yes ☐ No ☒ | | Yes ☒ No ☐ | |

Distribution: Offender, Offender's Medical File, Facility ADA Coordinator, Agency ADA Coordinator    Page 2 of 4

ILLINOIS DEPARTMENT OF CORRECTIONS
Auxiliary Aids & Services Assessment / Communication Plan

| Offender Name | | | Facility | | | ID Number |
|---|---|---|---|---|---|---|
| Stapleton, Gregory | | | Taylorville Correctional Center | | | 510026 |
| Interviews with Internal Affairs or Investigators | Yes ☐ | No ☒ | | Yes ☒ | No ☐ | |
| Interviews or proceedings regarding Protective Custody | Yes ☐ | No ☒ | | Yes ☒ | No ☐ | |
| Meetings with IDOC staff to discuss Auxiliary Aids & Services | Yes ☐ | No ☒ | | Yes ☒ | No ☐ | |
| Pre-release meetings & programs, including parole meetings | Yes ☐ | No ☒ | | Yes ☒ | No ☐ | |
| ARB grievance hearings | Yes ☐ | No ☒ | | Yes ☒ | No ☐ | |
| Educational programs and testing that include a verbal component | Yes ☐ | No ☒ | | Yes ☒ | No ☐ | |
| Vocational programs that include a verbal component | Yes ☐ | No ☒ | | Yes ☒ | No ☐ | |
| Religious services | Yes ☐ | No ☒ | | Yes ☒ | No ☐ | |
| Medical and Mental Health Care services, including dental, vision, audiological, individual and group therapy (Unless medical care and appointment is routine & does not involve substantial conversation) | Yes ☐ | No ☒ | | Yes ☒ | No ☐ | |

### B. Hearing Aids

Per the Audiologist Report, Offender will be provided with (check all that apply):

Hearing aid for RIGHT ear ☒   Hearing aid for LEFT ear ☒   No hearing aid ☐

Battery requirements: Needs batteries to work well

### C. Identification Card / Cell Marker

Offender requests 'Hearing Disability' on ID card?   Yes ☒   No ☐
Offender requests 'Hearing Disability' cell marker?   Yes ☒   No ☐

### D. Other Technologies

Offender shall be entitled to the following (check all that apply):

TTY ☐   Video Phone ☐   Over-the-ear headphones ☒   Traditional Phone ☐

Vibrating Watch ☒   Amplified Phone ☐   Tactile Notification System ☐

### E. Other Auxiliary Aids/Services or Accommodations Needed

Distribution: Offender, Offender's Medical File,
Facility ADA Coordinator, Agency ADA Coordinator      Page 3 of 4

ILLINOIS DEPARTMENT OF CORRECTIONS
Auxiliary Aids & Services Assessment / Communication Plan

| Offender Name | Facility | ID Number |
|---|---|---|
| Stapleton, Gregory | Taylorville Correctional Center | S10026 |

**Qualified Specialist:**

| Specialist Name (Print) | Specialist Signature | Date |
|---|---|---|
| | | |

**Offender:**

| Offender Name (Print) | Offender Signature | Date |
|---|---|---|
| | | |

**ADA Accommodations Met**   Yes ☐   No ☐

If No, please explain:

**ADA Coordinator:**

| Coordinator Name (Print) | Coordinator Signature | Date |
|---|---|---|
| Shelith Hansbro | Shelith W. Hansbro (Digitally signed by Shelith W. Hansbro Date: 2019.10.18 15:20:50 -05'00') | Oct 18, 2019 |

**Offender:**

| Offender Name (Print) | Offender Signature | Date |
|---|---|---|
| Stapleton, Gregory | *(signed)* | Oct 18, 2019 |

Any Auxiliary Aid or Service and ADA Communication Plan may be modified, revised or removed by agreement of the offender and the applicable facility ADA Coordinator.

Distribution: Offender, Offender's Medical File,
Facility ADA Coordinator, Agency ADA Coordinator          Page 4 of 4

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Taylorville Correctional Center

Offender Information:

Last Name: STAPLETON  First Name: GREGORY  MI: ___  ID#: S10026

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6-18-19 1430 | MD NOTE - ~~CODE 3~~ EMERGENCY EVAL<br>VS - 122/81, 59, 16, & 97.7<br>S - Pt complain of chest pain radiating to his arm (not medically) J neck - not jaw<br>O - Pt anxious ~~tremors~~ - withdrawn<br>Sinus brady<br>Lungs clear<br>no edema<br>A - Atypical chest pain | P - EMC - no acute changes - non-specific T wave changes<br>Discussed find with Pt<br><br>M Hughes RN 6-18-19 |


ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Taylorville Correctional Center

**Offender Information:**
Last Name: STAPLETON
First Name: GREGORY
MI:
ID#: S10026

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7-5-19 13:30 | MD Note – (L) shoulder + hip pain, neck + low back pain<br>WT – 160, VS – 98.7/16, 121/70, +SS<br>S. Pt seen in<br>complaining of pain<br>shoulder, hip, neck<br>& low back –<br>O – Essentially<br>unremarkable.<br>I looked at old films<br>they –<br>Cervical Spine – mild<br>degenerative changes<br>at C4, 5 & 6.<br>XRay of left hip 3/19/15<br>neg –3/19/15<br>XRay left shoulder 3/19/15<br>neg<br>A – M/skeletal pain<br>mild degenerative arthritis | P. Pt refuses<br>Ibuprofen.<br>Discussed x-rays<br>result with Pt<br>[signature] 7-5-19 |

# ILLINOIS DEPARTMENT OF CORRECTIONS
## Offender Outpatient Progress Notes

**Taylorville Correctional** Center

**Offender Information:**
Last Name: STAPLETON  First Name: GREGORY  MI: ___  ID#: S10026

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | **LAB LINE** Date 9-23-19 Time 9A | |
| | Blood draw for Vit. D level | To: UIC – Main Lab |
| | Drawn From: R AC | 6019887218151242 |
| | Signature: P Smith RN | [signature] KAMeser |
| | | From: Taylorville Correctional Center |
| 7/30/19 1p | nws w/e  S — ↓ hearing  O — ↓ hearing  A — ↓ hearing | P — hearing aids approved or college [circled]  P Smith RN |

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Offender Outpatient Progress Notes**

Taylorville Correctional Center

Offender Information:
- Last Name: STAPLETON
- First Name: GREGORY
- MI:
- ID#: S10026

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8-7-19 1255 | MD Note – Discuss MRI order from Dixon. 128/72 62-16 98.6 WT 155. S: Pt apparently slipped on the floor in jail & was transferred to Dixon – no x-rays were done in jail. Pt allegs he has had pain in his neck – lower back & left hip ever since. He has had rotator cuff surgery rt side – he had an MRI of lumbar spine in the world. O: Alert, oriented – tender with limited motion of abduction left shoulder, no muscle atrophy, tender L spine & left hip. A: Deg disc'd, ② facet arthropathy Lm L5-S1 – ③ cervical spine. X-rays will deg changes in left hip. Plan ↓ | C: he has had physical therapy in Dixon x6 wks. Will try to get the result of MRI of L spine. D/C Tylenol. Tramadol 50 mg q 8h po prn x 1 month only – will present to collegial after 1. Get the MRI of L/S spine. [illegible]. P. Smith 8-7-19 |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Taylorville Correctional Center

Offender Information:
Last Name: STAPLETON
First Name: GREGORY
MI:
ID#: S10026

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/14/19 (1700) | RN Note: S: Ø O: Dr. Nawoor notified regarding med refills, orders received A: med refills | P: T.O. per Dr. Nawoor ① Tylenol 500mg po Q6° PRN x 2 weeks ② Muscle rub BID to affected areas x 3 months — E. Smith RN |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Taylorville Correctional Center

**Offender Information:**
Last Name: STAPLETON
First Name: GREGORY
ID#: S10026

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

__Taylorville Correctional__ Center

**Offender Information:**

Last Name: STAPLETON
First Name: GREGORY
MI:
ID#: S10026

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9-18-19 | MD Note — (L) Shoulder pain + Med renewals | |
| 10:08 | 138/87  60-16  98.3  WT 162 | |
| | S – Pain left shoulder for years – 36 y/o, fell in jail, was transferred to Dixon – no x-rays done in jail – has had pain neck, back & left shoulder. Has had a rotator cuff surgery at S.L. – MRI of left shoulder showed partial tear supraspinatus. Will review his L/spine MRI done in the month – has had PT in Dixon. | P. will review MRI L/spine done in the month. Then, decide on surgical. Mineral cream (with gm) apply BID × 1 year Muscle rub (35 gm) BID × 1 year |
| | O – Tender neck on range of motions. Tender left shoulder & motor function left upper extremity. Taken L/S spine. | Dr. Abdur Nawoor  9-18-19  P Smith RN |
| | A – osteo – facet arthropathy | |

Distribution: Offender's Medical Record, partial tear of supraspinatus

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Taylorville Correctional Center

**Offender Information:**

Last Name: Stapleton  First Name: Gregory  MI: ___  ID#: S10026

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/19/19 I/A | MD note<br>S - Chronic neck, back, & legs, hip pain<br>O - Chronic back, b/l legs, neck pain<br>A - Chronic back, neck & legs, hip pain, Dg disc disc | P - Tylenol 500 g 6h prn x months<br>Dr. Abdur Nawoor<br>P Smith RN 9-19-19 |
|  | MD note<br>S - Chronic back, neck & legs, pain, hip<br>O - Chronic back pain<br>A - Chronic back, legs, hip, neck pain | P - Cervical spine x-ray<br>Lumbar spine x-ray 10/15/19<br>Dr. Abdur Nawoor<br>[signature] 10-7-19 |