ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Taylorville Correctional Center

Offender Information:

Last Name: Stapleton  First Name: Gregory  MI:  ID#: S10026

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | MD note | |
| 9/19/19 1/A | S - chronic neck+back, legs hip pain | P - Tylenol 500 5 6h prn × months (circled) Dr. Abdur Nawoor |
| | O - chronic back, b/l legs neck pain | |
| | A - chronic back - neck + legs hip pain Deg disc disc | P Smith RN 9-19-19 |
| | MD note | |
| | S - chronic back, neck + legs pain hip | P. Cervical spine x-ray Lumbar spine x-ray 10/15/19 |
| | O - chronic back pain | Dr. Abdur Nawoor |
| | A - chronic back, legs hip neck pain | (signature) 10-7-19 |

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Outpatient Progress Notes**

Taylorville Correctional Center

Offender Information:
Last Name: Stapleton   First Name: Gregory   MI:   ID#: S10026

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1-28-19 1100hrs | XRay Note 2 view C-spine 2 view L Spine Xray Completed | [signature] |
| 10-17-19 0950 | MD Note - F/U - XRAY 115/79 - 67 - 16  98.2  Wt. 162 S. Pt here to discuss XRay - complains of left shoulder pain - neck + back pain. O. Tender neck, left shoulder + motor function - legs, upper extremity tender L/S A. Mild deg disc c reversal spine C4-C5, C5-C6 left hip 3 vws, neg left shoulder 3 vws, neg Full extremity Xtr - 3 vws L4, L5, S1 | P. Discussed Xray with pt. Collegial for ortho consult or MRI. Fasting lipid 10-21 Tylenol 500 q6-8hr prn x 30 d NN P Smith RN 10-17-19 |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Taylorville Correctional Center

**Offender Information:**
Last Name: STAPLETON  First Name: GREGORY  MI: ___  ID#: S10026

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10-20-19 1600 | Inmate informed of Fasting Labs in AM, not to eat or drink after evening meal. | C. Davis RN |
|  | LAB LINE<br>Date 10-21-19  Time 0500<br>Blood draw for Lipid<br>Drawn From RAC<br>Signature A. Longden RN | To: UIC – Main Lab<br>60198872194557IZ<br><br>From: Taylorville Correctional Center |
| 10/23/19 1p | mo noh<br>S - Left shoulder<br>chronic pain<br>O - left shoulder pain<br>A - left shoulder pain | P - PT eval<br>mobic 10? 5? x 3 wks D05<br>Dr. Abdur ___  P Smith RN |

ILLINOIS DEPARTMENT OF OFFENDER
**Offender Health Status Transfer Summary**

**Transferring Facility:** Taylorville Correctional Center

**Offender Information:**
Last Name: Stapleton
First Name: Gregory
MI:
ID#: S10026

**Date:** 11-5-19   **Time:** 1530   ☐ a.m. ☒ p.m.

---

**Transfer Screening** (completed by transferring facility health care staff): ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

**Allergies:** Soy, Mushrooms, Lactulose   **Food Handler Approved:** Yes   PPD-10-28-18 ∅

**Current / Acute Conditions / Problems:** Chronic Back Pain (Motrin)

**Chronic Conditions / Problems:** Chronic Back Pain, Asthma, Degenerative Disc Disease

**Current Medications** (name, dosage, frequency, and duration):
- Acute Short-term: 500mg
- Chronic Long-term: Tylenol - q6° prn, Alvesco 160 mcg - puff daily, Eucerin Cream BID, Analgesic Balm BID, Preservision Areds - PO BID, Xopenex 2 Puffs QID
- Chronic Psychotropic:

**Current Treatments:** See above

**Therapeutic Diets:** Regular

**Follow-Up Care:** Routine

**Chronic Clinics:** Asthma, Gen/Med

**Specialty Referrals:** PT-Eval

**Significant Medical History:** Chronic Back Pain, Asthma, Degenerative Disc Disease, Asthma

**Physical Disabilities / Limitations:** Low Bunk - chronic Back Pain

**Assistive Devices / Prosthetics:** As Needed     ☒ Glasses ☐ Dentures ☐ Hearing Aid

**Mental Health Issues:** ☐ Hx Suicide Attempt: Date: ∅   ☐ Hx Psych Med   ☐ Hx MPC / STC   **Substance Abuse:** ☒ Alcohol ☐ Drugs

**R & C Use Only:** ☐ LAB ☐ EKG ☐ CXR ☐ Dental ☐ MEDS ☐ MH ☐ Other   ☐ Packet Complete

Health Care Staff and Title: Suzanne Wittman RN
Signature: Suzanne Wittman RN
Date: 11-5-19

---

**Reception Screening** (completed by receiving facility health care staff):

Facility: ___   Date: ___   Time: ___  ☐ a.m. ☐ p.m.

**Subjective:**
- Current Complaint:
- Current Medications/Treatment:

**Assessment:**

**Objective:**
- Physical Appearance/Behavior:
- Deformities: Acute/Chronic:
- T: ___ P: ___ R: ___ B/P: ___/___

**Plan: Disposition:**
- ☐ Health Information Given   ☐ Emergency Referral: ___
- ☐ Sick Call: Urgent / Routine
- ☐ Medication Evaluation  ☐ Therapeutic Diet  ☐ Special Housing  ☐ Chronic Clinics
- ☐ Work / Program Limitation  ☐ Specialty Referrals  ☐ Other (specify): ___
- ☐ Infirmary Placement: ___
- ☐ Other (specify): ___

Printed Name and Title | Signature | Date

☐ For Adult Transition Center transfers  ☐ For Electronic Detention/Monitoring:

Mental Health Professional Signature and Title | Date | ☐ Approved | ☐ Denied

Health Care Staff Signature and Title | Date | ☐ Approved | ☐ Denied

---

Distribution: Offender's Medical Record, Transferring Facility, Receiving Facility

*Printed on Recycled Paper*

DOC 0090 (Rev. 12/2018)

WEXFORD HEALTH SOURCES INCORPORATED

To:        Site Medical Director & HSA
From:      Utilization Management
Date/Time: 10/28/2019 09:58:56                         DELIVERED OCT 28 2019

Subject:   Inmate Name:    STAPLETON, GREGORY
           Inmate Number:  S10026
           Site:           TAYLORVILLE
           Service:
                           97161    PT EVAL LOW COMPLEX 20 MIN

Authorization ID: 237323733

Based upon a review of the information provided, Service is Approved.

Comments:
10-23-19 PT Eval approved by Dr. Ritz in collegial with Dr. Nawoor as ATP to MRI of left shoulder

From: _____
Dedicated Utilization Management

---

INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

Foster Plaza4 - 501 Holiday Drive - Pittsburgh, PA 15220
877-939-2884 or 800-353-0384 - Phone
412-937-9151 - Fax
WWW.WEXFORDHEALTH.COM

WEXFORD HEALTH SOURCES INCORPORATED

To: Site Medical Director & HSA
From: Utilization Management
Date/Time: 10/28/2019 09:59:24
Subject: Inmate Name: STAPLETON, GREGORY
    Inmate Number: S10026
    Site: TAYLORVILLE
    Service:

DELIVERED OCT 28 2019

Based upon a review of the information provided, it is my medical opinion that:

1. The above requested service is not authorized at this time based on the following:

Comments:
10-23-19 Request for MRI of Left Shoulder reviewed by Dr. Ritz in collegial with Dr. Nawoor for Pt complaining of left shoulder pain fell in jail (county) was transferred to Dixon. No xray done in jail  has had rotator cuff surgery rt side. MRI left shoulder 2017-showed partial tear of ?- has had PT in Dixon  xray cervical spine mild deg disc C4, C5, C6  lumbar spine facet arthropathy left hip xray 3/19/19 - neg. ATP- 8 to 12 weeks of PT observed and documented. Nsaids-DOT

From: _____
Dedicated Utilization Management Physician

---

\_\_\_ Appeal Filed (Date/Time)
  a. Appeal Information

_____
Signature of Appellant

From: _____
Dedicated Utilization Management Physician

5. \_\_\_ I want a second opinion of the alternate plan.
    Signature: _____ Date/Time: _____

6. \_\_\_ I will re-consult upon completion of alternate medical plan, if indicated.
    Signature: _____ Date/Time: _____

INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

Foster Plaza 4 - 501 Holiday Drive - Pittsburgh, PA 15220
877-939-2884 or 800-353-8384-Phone   412-937-9151 -Fax
WWW.WEXFORDHEALTH.COM

Send Claims to:
Wexford Health Sources
P.O. Box 16218
Pittsburgh, PA 15220
1-412-937-8590

Pre-certification Number
Hearing aids
925642847

ILLINOIS DEPARTMENT OF CORRECTIONS
**Medical Special Services Referral and Report**

Taylorville
(Facility)

Offender's Name: Gregory Stapleton     ID# S10626     6A 47

Reason for Referral:
- [ ] Consult
- [ ] Evaluation
- [ ] Procedure/service (specify)
- [ ] Other (specify)
- [ ] Non-Formulary Medications
- [ ] Management
- [ ] Medical Equipment

Urgent: [ ] Yes  [ ] No

Referred to: Audibel

Rationale for Referral: Hearing aid - bilat.

Print Referring Practitioner's Name: Nawoor
Referring Practitioner's Signature: _____
Date: 7-18-19

**Report of Referral (Use Reverse Side, if necessary)**

Findings: _____

Assessment: _____

Recommendations/Plans: _____

Print Practitioner's Name: _____  Practitioner's Signature: _____  Date: _____

Facility Medical Director Use Only
I have reviewed the recommendations and:

- [ ] Approve.
- [ ] Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision, DOC 0255.

Print Facility Medical Director's Name: _____  Facility Medical Director's Signature: _____  Date: _____

Distribution: Offender's Medical File, and if denied/revised, Heath Care Unit Administrator

Page 1 of 1

DOC 0254 (Eff.4/2007)

# AUDIBEL HEARING CENTER
## New Hearing Aid Delivery Checklist

The following items have been delivered and/or fulfilled in accordance with the Regulation of the United States Government.

**Name:** STAPLETON, GREGORY
**Phone No.:** 217.824.4004
**Date:** 8.26.2019

### Display, Fit and Test
- ___ Ready.Set.Hear
- ✓ Otoscopic Examination
- ✓ Present Instructional Brochure
- ✓ Check Aid/Mold for Proper Fit
- ✓ Obtain Aided Speech Discrimination Score 100%

### Hearing Aid Model
Right: SUMMIT i1000 ITE   Serial: 0119310314
Left: SUMMIT i1000 ITE   Serial: 0119310315

### Power Solution Receiver or Earmold
Right:   Serial:
Left:   Serial:

### Identify Hearing Aid/Power Solution Receiver/Earmold Parts and Use:
- ✓ Microphone
- ✓ Volume Control
- ✓ Receiver Outlet
- ~~Tubing~~ NA
- ✓ Vent
- ~~Wax Guard~~ NA
- ✓ Battery Compartment
- ✓ Telephone Use (w/ or w/o t/s)

### Insertion of Hearing Aid/Power Solution Receiver/Earmold:
- ✓ Demonstration
- ✓ Client Practice

### Care of Hearing Aid /Power Solution Receiver/Earmold:
**Cleaning:**
- ✓ No water or chemicals can be used (remove when using hairspray)
- ✓ Cleaning of Earmold with Kleenex or dry cloth
- ✓ Recommended cleaning in office once a month

**Storage:**
- ✓ Temperature
- ✓ Consistency of storage
- ✓ Animals (keep away from) (If not in your ear – keep in storage box.)

### Batteries:
- ✓ Life Expectancy
- ✓ Care and Storage Temperature
- ✓ Type of Battery
- ✓ Where to Get Batteries
- ___ Children, keep separate from medicines
- ✓ Telephone Orders

### Exceptions:
- ✓ Benefits
- ✓ Life Expectancy
- ✓ Repairs

### Cautions:
**Do Not Wear Aid/s:**
- ✓ Wet
- ✓ Noise
- ✓ Sleep

**Watch for:**
- ✓ Barrel Effect
- ✓ Loud Noise Annoyance
- ✓ Pain/Discomfort

**Warranty and Contractual Obligations:** Hearing Aid 8/31/2020   Power Solution Receiver

___ Warranty Explained   ___ Balance Due Collected   ___ Waiver/MC   ___ Payment Plan Signed (opt)

**Date:** 8.26.2019   **Time:** 1215   **Location:** Taylorville CC

I acknowledge that the hearing aid(s) mentioned above is/are in good working order and that I can hear with them. I further acknowledge that service on this merchandise must be made at the Seller's place of business or at a designated service center. A fee may be charged for home service calls made at my request. I have read the refund policy in the Purchase Agreement in its entirety and I accept delivery of the hearing instrument(s) listed above as being satisfactory.

I hereby accept delivery of the above-described merchandise and understand the factory warranty begins today.

_____   _____   _____
Specialist           Fitter                 Signature

JB Pritzker
Governor



Rob Jeffreys
Acting Director

## The Illinois Department of Corrections

Taylorville Correctional Center
1144 IL Route 29 • Taylorville, IL 62568 • (217) 824-4004 TDD: (800) 526-0844

DATE: October 30, 2019

TO: Assistant Warden of Programs

FROM: Chad Christer
Medical Records Director

DISTRIBUTION: Records Office
Offender's Medical File
Armory
Envelope
HCUA
Central Control
Reception Desk

SUBJECT: Medical Furlough

A medical furlough is being requested for the below named offender:

Name: Gregory Stapleton

Offender ID Number: S10026

Reason: PT eval

Appointment Date/Time: November 11, 2019 at 1:15pm

Hospital/Facility: Taylorville Memorial Hospital

Physician/Department: Rehab services

Address: 201 E. Pleasant

City/State/Zip: Taylorville, IL. 62568   217-824-3331

SPECIAL ORDERS FOR SECURITY STAFF:

1) Pick up packet from Health Care before you leave the institution.

*signature* RN HCUA
Health Care Unit Administrator/ A/W of Programs

Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.

www.illinois.gov/idoc

Send Claims to:
Wexford Health Sources
P.O. Box 16218
Pittsburgh, PA 15220
1-412-937-8590

ILLINOIS DEPARTMENT OF CORRECTIONS
**Medical Special Services Referral and Report**

Pre-certification Number

_____ Taylorville _____
(Facility)

Offender's Name: Stapleton Gregory     ID# S10026

Reason for Referral:
- [ ] Consult
- [x] Evaluation
- [ ] Non-Formulary Medications
- [x] Management
- [ ] Medical Equipment
- [ ] Procedure/service (specify) _____
- [ ] Other (specify) _____

Urgent: [ ] Yes  [x] No

Referred to: _____ ortho _____

Rationale for Referral: Pt complaining of left shoulder pain - fell in jail - was transferred to Dixon - no xray done in jail - has had rotator cuff surgery in (L) side - MRI left shoulder 2017 - shows partial tear of supraspinatus - last see PT in Dixon - xray cervical spine - mild deg disc C4-C5-C6 - Lumbar spine facet arthropathy - Left hip xray 3/19/19 - Neg

Print Referring Practitioner's Name: Nawoor
Referring Practitioner's Signature: [signed]   Date: 10/17/19

**Report of Referral** (Use Reverse Side, if necessary)

Dr. Abdur Nawoor

Findings: _____

Assessment: _____

Recommendations/Plans: _____

Print Practitioner's Name _____ Practitioner's Signature _____ Date _____

Facility Medical Director Use Only
I have reviewed the recommendations and:

[x] Approve.      Pt needs to sign refusal for exercise

Dr. Abdur Nawoor

[ ] Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision, DOC 0255.

Print Facility Medical Director's Name: Nawoor
Facility Medical Director's Signature: [signed]   Date: 11/12/19

Taylorville Correctional Center
1144 IL Route 29
Taylorville, Illinois 62568
217-824-4004

Auth # 237323733

Name _Gregory Stapleton_    DOB: 6/28/70

ID# _510026_    Date _10-24-19_

Rx     (PT eval)
       PT evaluation

       Dr - left shoulder
       pain - back
       + leg/hip pain

Refill _____ times
_____ Label
_____ May Substitute    _____ May Not Substitute

_____
            ABDUR R. NAWOOR MD
       Signature _Nar_
DEA# _____

**Taylorville Memorial Hospital Rehab Services**

MPSC 11-18-19
A. Longden RN

## Initial Evaluation

| | |
|---|---|
| Visit Date: | 11/11/2019 |
| Name: | Stapleton, Gregory S10026 |
| Number: | 439733 |
| DOB: | 6/28/1970 |
| Visit #: | 1 |
| Total Visits: | 1 |
| Initial Visit Date: | 11/11/2019 |
| Visit Duration: | 88 minutes |

TAYLORVILLE CORRECTIONAL CENTER
DATE REC'D
MD REVIEW   ABDUR R. NAWOOR MD
FILE
OTHER

**Problems:**
<Problem Site Not Selected>

**Referral:**
Nawoor, Abdur

**Diagnosis:**
<Diagnosis Not Selected>

**Insurance:**
Illinois Medicaid Prisoner,

Date of Onset: 9/1/2019

**Subjective**
PHYSICAL THERAPY INITIAL EVALUATION

TIME IN-OUT:1317-1445
TOTAL TREATMENT MINUTES:88
TOTAL TIMED TREATMENT MINUTES:30

PERTINENT MEDICAL RECORD SUMMARY AS INDICATED ON MEDICAL INTAKE FORM.
The following may have an impact on the patient's plan of care.
Medical/Surgical History: h/o asthma, PTSD, R shoulder rotator cuff repair in 2007(2 screws and a plate). Appendectomy. Reports past h/o low back pain in 2007, had PT for it. States has a HNP L45 fusion with rods/screws recommended.
Current Medications: see list in chart
Allergies: nk

PRESENTING CONDITION:
Chief Complaint:Patient c/o my whole left side is messed up. Slipped in water and landed on his back, hit his head 10-26-2018. Injured L shoulder and back at that time as well as L hip. C/o he is unable to lift his left arm up. Cannot lift it actively or passively. C/o has pain L shoulder anterior to posterior with pain down his left arm to hand. Has to dress the left arm with right hand. C/o the left shoulder locks up. Is worse in morning. Works out(walking and lifts free weights) can only lift 5lb with L arm bicep curls arm at his side. C/o he has low back pain since he fell 10-26-18. States he can only walk 1 mile, if walk further his back"locks up" and gets pain down left leg to his foot. Reports he has numb/tingle from left lateral hip to foot. Tries to use a cane, but the weight bearing pressure in his back and is painful, hip no better.
Date of Onset/Surgery: 10-26-2018
Mechanism of Injury:fall on wet floor.
Medical Tests/Interventions for this condition:x rays. physical therapy in past facility, medication, no better.
Precautions related to this condition:nk
Prior skilled therapy services in the past 60 days (if yes, explain): no
Prior level of function: right hand dominant, but could do anything with left arm, carpenter. No pain or deficit in left leg.
Current activity level/functional limitation(s) related to this condition:

SOCIAL HISTORY:
Work duties/hobbies:is taking classes. was a carpenter prior to incarceration
Living environment/equipment:incarcerated
Family/caregiver support:na
Health Rating: The patient rates their overall health as good

Patient: Stapleton, Gregory S10026 (Pat#:439733) for 11/11/2019 Visit   Page 1