7/84 ~~USA~~
cue
onwrit                1/29 USP onwrit    1/31 wnt  Eual   USA
                                                   2/5  USA

# ILLINOIS DEPARTMENT OF CORRECTIONS
## Medical Special Services Referral and Report

Dixon
(Facility)

Offender's Name: **Stapleton**   ID# **S10026**

Reason for Referral:
- [ ] Consult
- [ ] Non-Formulary Medications
- [ ] Medical Equipment
- [x] Evaluation
- [ ] Management
- [x] Procedure/service (specify) _____
- [ ] Other (specify) _____

Urgent: [ ] Yes  [x] No

Referred to: **Physical therapy**

Rationale for Referral: hip uneven. pain L side body + extremities
LBP radiation down (L) leg
tears partial (B) shoulder
recent fall Oct 26 18
initial injury — fell off moving truck while nose 12/1/09

N.C LANK DO        [signature NC Lank DO]        1-2-19
Print Referring Practitioner's Name   Referring Practitioner's Signature   Date

### Report of Referral (Use Reverse Side, if necessary)

Findings: still having difficulty getting out of bed in AM. At times, needs friends cane for support. c) shoulder pain/tear since Oct 2018. States previous RC tear & repair. (R) tears similar. States when he fell hit head. No x-rays SPINE. Lumbar plot Hx of HNP worse. Notes freq giving way LE

Assessment: R) shoulder Prom Flex 95° ERS 45°. Active ROM R) Flexion 85°. L-spine ROM limited 20° E Ext. Rot R) 60° Flexion 40°. PA (+) L4-5-6. Pain c Compression c distraction. Treat Posture Excel ROM. Traxion Med shw. Ext 30° hurts c Red Flex. SLR's 75° c (L) LE MMT (R) 4/5 c pain. Neg Babinski, clonus, Hoffman.

Recommendations/Plans: C-SPINE, Lumbar SPINE X-rays.
Cons. 1x/mo. Provide CANE for Balance and to assist when legs give way.

[signature]   2/05/19.
Print Practitioner's Name   Practitioner's Signature   Date

### Facility Medical Director Use Only

I have reviewed the recommendations and:

[x] Approve.

[ ] Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision, DOC 0255.

N C- LHWK DO   [signature NC Lank DO]   2-7-19
Print Facility Medical Director's Name   Facility Medical Director's Signature   Date

Distribution: Offender's Medical File, and   Page 1 of 1   DOC 0254 (Eff.4/2007)
if denied/revised, Heath Care Unit Administrator       (Replaces DC 7105)

ILLINOIS DEPARTMENT OF CORRECTIONS
Health Status Transfer Summary

DIX
Watch Take

**Transferring Facility:** NRC Center
**Offender Information:** STAPLETON, GREGORY  ID#: S10026
**Date:** 11-9-18   **Time:** ☒ a.m. ☐ p.m.

**Transfer Screening** (completed by transferring facility health care staff): ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)
**Allergies:** MOTRIN, LACTOSE, MUSHROOM   **Food Handler Approved:** OK
**Current / Acute Conditions / Problems:** ∅
**Chronic Conditions / Problems:** ASTHMA
**Current Medications** (name, dosage, frequency, and duration):
 Acute Short-term: ROBAXIN 750MG BID, TRAMADOL 50MG BID, CYMBALTA 30MG
 Chronic Long-term: HS; ALVESCO 160 MCG - (GIVEN) XOPENEX 45 MCG - GIVEN
 Chronic Psychotropic:
**Current Treatments:** XOPENEX #FA 45 MCG 2 PUFFS Q 6° PRN, ALVESCO 160 MCG 2 PUFF P.O. HS
**Therapeutic Diets:** REG
**Follow-Up Care:** F/U CARE c MD @ FS. NRD TO F/U c X-RAY RESULTS @ FS
**Chronic Clinics:** ASTHMA
**Specialty Referrals:** PSYCH
**Significant Medical History:** S/R ACUTE L SHOULDER, LOWER BACK INJURY, CHRONIC NON-SPECIFIC BACK CONDITION, APP '89,
**Physical Disabilities / Limitations:** ∅
**Assistive Devices / Prosthetics:** W/C 2° INJURY SR - W/C D/C'd  ☐ Glasses ☐ Dentures ☐ Hearing Aid
**Mental Health Issues:** ☐ Hx Suicide Attempt: Date: _____ ☒ Hx Psych Med ☐ Hx MPC / STC  **Substance Abuse:** ☒ Alcohol ☐ Drugs
**R & C Use Only:** ☒ LAB ☐ EKG ☐ CXR ☒ Dental ☒ MEDS ☒ MH ☒ Other _____ ☐ Packet Complete
Nwadintor Ifeoma Cnp   [signature]   11-9-18

**Reception Screening** (completed by receiving facility health care staff):
**Facility:** Dixon   **Date:** 11/10/18   **Time:** 9:00 ☒ a.m. ☐ p.m.
**Subjective:**
 Current Complaint: ∅
 Current Medications/Treatment: See MAR
**Assessment:** motrin allergy, asthma, ex smoker, OBSW, DSW, DIVA, hep, sx L shoulder, appendectomy, ∅ skin issues
**Objective:**
 Physical Appearance/Behavior: well cooperative
 Deformities: Acute/Chronic: Vision poor, teeth poor
 T: 97.4  P: 65  R: 16  B/P: 120/74  wt 153
 A Klinger [signature]
**Plan: Disposition:**
 ☒ Health Information Given   ☐ Emergency Referral: _____
 ☐ Sick Call: Urgent / Routine
 ☐ Medication Evaluation  ☐ Therapeutic Diet  ☐ Special Housing  ☐ Chronic Clinics
 ☐ Work / Program Limitation  ☐ Specialty Referrals  ☐ Other (specify): _____
 ☐ Infirmary Placement: _____
 ☐ Other (specify): _____
 [signature] A Klinger R  11/10/18

☐ For Adult Transition Center transfers  ☐ For Electronic Detention/Monitoring:
 Mental Health Professional Signature and Title ___ Date ___  ☐ Approved ☐ Denied
 Health Care Staff Signature and Title ___ Date ___  ☐ Approved ☐ Denied

I understand that medical, mental health and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

Offender Signature ___ Date ___ Time ___ ☐ a.m. ☐ p.m.

Distribution: Offender's Medical Record
 Transferring Facility
 Receiving Facility
*Printed on Recycled Paper*   DOC 0090 (Rev. 3/2018)

SELF-REPORTED OUTCOME MEASURE: FOTO 75% impairment

EDUCATION: Therapist provided education regarding patient's condition. patient was provided with a home exercise program as per exercise sum___ independence with home exercises and understanding of education pro___ therapist and demonstration of skills.

TREATMENT: Performed PROM L shoulder x5 reps into flex, abduct, IR ___ left shoulder flex, abduct, IR and ER x 10 daily. Performed self assisted ___ to do this with his cane. He performed cane externa rotation x 10 reps a___ bent knee lift for neutral spine core stability. Tried to have him perform si___ painful to perform. Attempted AROM L hip rotation in sitting, but too pain___ pain.

*Assessment*
CLINICAL PRESENTATION: Patient is a 49 year old male who presents ___ back pain, L hip pain with possible impingement, left shoulder pain with ___ NawoorSymptoms began 10-26-2018ago and have not improved. He fel___ and shoulder. He had a prior h/o low back pain with disc disease prior to ___ responded well to neutral spine stabilization. He presents with limited an___ in his left shoulder and appears to have some proximal left shoulder inst___ weak in his left hip and ROM is limited in his left hip. He has positive imp___ occasions there was a loud pop in the left hip during ROM that was repor___ was not able to perform SLS very long. He would benefit from continued ___ and strengthening, but unfortunately will not be able to cont due to lack of ___ prison. In regards to the condition of his left hip, I recommend further m___

PROBLEM LIST/IMPAIRMENTS: pain in back, left shoulder, left hip

REHAB POTENTIAL: good

PERSONAL FACTORS/CO-MORBIDITIES AFFECTING PLAN: he is inc___ attend one PT visit.

STABILITY OF SYMPTOMS: unstable L hip pain/popping

EXPECTED FUNCTIONAL OUTCOME: defer to medical director of the p___

*Plan*
The following treatment plan has been made with input from the patient ___ of care and expectations.

Issued a HEP of core stability, L shoulder ROM and strengthening. D/C ___ further medical work up of his left hip pain.

X PHYSICIAN SIGNATURE/DATE: _____ Dr. A___

| Billing Code | Modifiers | Billing Description |
|---|---|---|
| 97162GP | | TMH-PT-EVAL MOD COMPLEXITY |
| 97110GP | | TMH-PT-EXERCISE 15 MIN |

Thank you for your referral. We will keep you up to date of this patient's ___

Sincerely,

Patient: Stapleton, Gregory S10026 (Pat#:439733) for 11/11/2019

# State of Illinois - Department of Corrections
## Counseling Summary

| | |
|---|---|
| **IDOC #** S10026 | **Counseling Date** 06/27/19 12:22:55:467 |
| **Offender Name** STAPLETON, GREGORY | **Type** Collateral |
| **Current Admit Date** 10/26/2018 | **Method** Other |
| **MSR Date** 05/13/2021 | **Location** STA  GRIEVANCE OFFICER |
| **HSE/GAL/CELL** ~~RF-01-40~~ | **Staff** LEDFORD, KELLY, Office Coordinator |

RECEIPT OF EMERGENCY GRIEVANCE ON _6-20-19_ CONCERNING _SC/MEDICAL. THIS GRIEVANCE HAS BEEN ASSIGNED GRIEVANCE #N1829_.

**Print Date** 6/27/2019

## State of Illinois - Department of Corrections
## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | S10026 | **Counseling Date** | 10/01/19 10:01:14:013 |
| **Offender Name** | STAPLETON, GREGORY | **Type** | Personal |
| **Current Admit Date** | 10/26/2018 | **Method** | Grievance |
| **MSR Date** | 01/24/2022 | **Location** | TAY   HOUSING UNIT 6 |
| **HSE/GAL/CELL** | 06-A -04 | **Staff** | PIERCE, CAMMI L., Correctional Counselor II |

Recv'd I/M Grievance 9-19-57 back from Warden RE: Medical Treatment.  This grievance has been deemed non emergent.  Grievance is logged, numbered and forwarded to his counselor for review.  A 1st level grievance may take 30 days to be reviewed.  Offender provided this entry via institutional mail as a receipt.

**Print Date** 10/1/2019

## State of Illinois - Department of Corrections
## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | S10026 | **Counseling Date** | 09/25/19 13:09:21:337 |
| **Offender Name** | STAPLETON, GREGORY | **Type** | Collateral |
| **Current Admit Date** | 10/26/2018 | **Method** | Grievance |
| **MSR Date** | 01/24/2022 | **Location** | TAY CLINICAL SERVICES |
| **HSE/GAL/CELL** | 06-A-04 | **Staff** | CARPENTER, TIM S., Correctional Counselor II |

Offender submitted grievance 9-19-46 Re: ADA Hearing Accommodations. Grievance is logged, numbered and forwarded to his counselor for review. A 1st level grievance may take 30 days to be reviewed. Offender provided this entry via institutional mail as a receipt.

**Print Date** 9/25/2019

## NEW CASES ONLY ADDRESS

Law Offices of Kathleen T. Zellner & Associates

1901 Butterfield Road, Suite 650

Downers Grove, IL 60515

---

## NEW CASES ONLY CONTACT

Email: attorneys@zellnerlawoffices.com

Local: 630-955-1212

Toll Free: 866-229-7404

Fax: 630-955-1111

*Dilbert Indifference*

58-14

# State of Illinois - Department of Corrections
## Counseling Summary


* on Temp
Unit

| | | | |
|---|---|---|---|
| **IDOC #** | S10026 | **Counseling Date** | 05/08/19 11:11:13:670 |
| **Offender Name** | STAPLETON, GREGORY | **Type** | Personal |
| **Current Admit Date** | 10/26/2018 | **Method** | Grievance |
| **MSR Date** | 01/24/2020 | **Location** | DIX  STC SOUTHEAST HOUSING UNIT |
| **HSE/GAL/CELL** | SE-58-14 | **Staff** | TERRY, CHRISTINE, Correctional Counselor II |

Received in grievance office, NON-grievance #19-002005 dated 5-06-19 concerning REQUEST FOR ANSWERS TO MEDICAL GRIEVANCE(S) NON-SPECIFIC, REQUEST FOR FURLOUGH. Grievance forwarded to the CAO for review as offender marked grievance as emergency in nature.

**Print Date** 5/8/2019

## State of Illinois - Department of Corrections
## Counseling Summary

| | |
|---|---|
| IDOC # S10026 | Counseling Date 11/15/18 12:16:23:55 |
| Offender Name STAPLETON, GREGORY | Type Collateral |
| Current Admit Date 10/26/2018 | Method Other |
| MSR Date 01/24/2020 | Location STA ADMINISTRATION BUILDING |
| HSE/GAL/CELL NW-31-25 | Staff FRANKLIN, COLLEEN M., Correctional Counselor II |

RECEIPT OF EMERGENCY GRIEVANCE ON  11/15/2018   CONCERNING  MEDICAL TREATMENT___.  THIS GRIEVANCE HAS BEEN ASSIGNED GRIEVANCE #_N163__.

Print Date  11/15/2018

3:20-cv-03002-JES  # 1-3  Page 10 of 18

## State of Illinois - Department of Corrections
## Counseling Summary


58-14

| | | | |
|---|---|---|---|
| IDOC # | S10026 | Counseling Date | 05/03/19 11:10:20:837 |
| Offender Name | STAPLETON, GREGORY | Type | Personal |
| Current Admit Date | 10/26/2018 | Method | Grievance |
| MSR Date | 01/24/2020 | Location | DIX  STC SOUTHEAST HOUSING UNIT |
| HSE/GAL/CELL | SE-58-14 | Staff | TOTH, ANDREA N., Correctional Counselor II |

Received in the G.O., grievance #19-001887 dated 4/29/19 concerning MEDICAL-CHRONIC PAIN (BACK, NECK, LEFT SHOULDER & HIP). Grievance forwarded to the CAO for review as offender marked grievance as emergency in nature.

Print Date 5/3/2019

## State of Illinois - Department of Corrections
## Counseling Summary

| | | | |
|---|---|---|---|
| IDOC # | S10026 | Counseling Date | 02/27/19 08:08:23:147 |
| Offender Name | STAPLETON, GREGORY | Type | Personal |
| Current Admit Date | 10/26/2018 | Method | Other |
| MSR Date | 01/24/2020 | Location | DIX  STC SOUTHEAST HOUSING UNIT |
| HSE/GAL/CELL | SE-58-14 | Staff | TERRY, CHRISTINE, Correctional Counselor II |

Received in grievance office, grievance #19-000840 dated 2-25-19 concerning MEDICAL FURLOUGH (BACK, HIP, SHOULDER). Grievance forwarded to the CAO for review as offender marked grievance as emergency in nature.

Print Date 2/27/2019

58-14

# State of Illinois - Department of Corrections
## Counseling Summary


\* On Temp writ

| | | | |
|---|---|---|---|
| **IDOC #** | S10026 | **Counseling Date** | 05/08/19 10:51:23:900 |
| **Offender Name** | STAPLETON, GREGORY | **Type** | Personal |
| **Current Admit Date** | 10/26/2018 | **Method** | Grievance |
| **MSR Date** | 01/24/2020 | **Location** | DIX  STC SOUTHEAST HOUSING UNIT |
| **HSE/GAL/CELL** | SE-58-14 | **Staff** | TERRY, CHRISTINE, Correctional Counselor II |

Received in grievance office, grievance #19-001999 dated 5-07-19 concerning STAFF CONDUCT-NURSE PEPPERS/MEDICAL TREATMENT (CHEST PAINS/LEFT SIDE PAIN). Grievance forwarded to the CAO for review as offender marked grievance as emergency in nature.

nt Date  5/8/2019

## State of Illinois - Department of Corrections
## Counseling Summary



58-14

| | | | |
|---|---|---|---|
| IDOC # | S10026 | Counseling Date | 05/29/19 15:40:08:060 |
| Offender Name | STAPLETON, GREGORY | Type | Personal |
| Current Admit Date | 10/26/2018 | Method | Grievance |
| MSR Date | 05/13/2021 | Location | DIX  STC SOUTHEAST HOUSING UNIT |
| HSE/GAL/CELL | SE-58-14 | Staff | TOTH, ANDREA N., Correctional Counselor II |

Received in the G.O., grievance dated 5/7/19 grievance #19-001999, determined a non emergency by the CAO on 5/8/19 pertaining to STAFF CONDUCT - NURSE PEPPERS/MEDICAL TREATMENT (CHEST PAINS/LEFT SIDE PAIN). Grievance is being forwarded to Counselor for their review at the first level.

Print Date 5/29/2019

# ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

Housing Unit: 5D   Bed #: 1-5

Lead 7-9-17

JUL 0 8 2019

Grievance Officer

**Date:** 7-6-19  
**Offender:** Gregory Stapleton  
**ID#:** S10026  
**Present Facility:** Taylorville  
**Facility where grievance issue occurred:** Taylorville

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] ADA Disability Accommodation
- [ ] Staff Conduct
- [ ] Dietary
- [x] Medical Treatment
- [ ] HIPAA
- [ ] Transfer Denial by Facility
- [ ] Other (specify): ___
- [ ] Disciplinary Report: __/__/__  Date of Report   Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  Chief Administrative Officer, only if EMERGENCY grievance.
  Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): I went to see Dr. Nawoor on Friday 7-5-19. Explaining what's going on with me. That I can barely get up in the mornings my entire left side of my body locks up. I can't lift my left arm my neck, shoulder, low back down to my toes numbs up locks up feels like pens and needles and someone just stabbing me he just gave me the run around. I explained to him that when I was at Dixon. Dr Lank ordered a MRI I was waiting on approval. Then when I come here they told me I have to start the process over. I have did physical therapy at Dixon it didn't help. When I had the fall in Will county jail on 10-26-18. I haven't been right since I can't lift five pounds with my left hand without my shoulder giving out. This chronic pain has gotten worse and nothing being done about

**Relief Requested:** If you don't have the ability to diagnosis me, send me to a outside hospital. Memorial and SIU has all my records. My Doctor is Alice Altimens. I need my MRI or quartazone shot I relieve this pain for a while

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
- [ ] Check if this is NOT an emergency grievance.

Gregory Stapleton   S10026   7/6/19
Offender's Signature   ID#   Date

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)

**Date Received:** 7/10/19

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** Referred to HCU. Please see attached response.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  **Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  **Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  **Chief Administrative Officer**, only if EMERGENCY grievance.
  **Administrative Review Board**, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): I went to see Dr. Nawoor on Friday 7-5-19. Explaining what's going on with me. That I can barely get up in the mornings. My entire left side of my body locks up. I can't lift my left arm my neck, shoulder, low back down to my toes numbs up locks up feels like pens and needles and someone just stabbing me. He just gave me the run around. I explained to him that when I was at Dixon, Dr Lanik ordered a MRI I was waiting on approval. Then when I came here they told me I have to start the process over. I have did physical Therapy at Dixon, it didn't help. When I had the fall in Will County Jail on 10-26-18. I haven't been right since I can't lift five pounds with my left hand without my shoulder giving out. This chronic pain has gotten worse and nothing being done about

**Relief Requested:** If you don't have the ability to diagnose me. Send me to a outside hospital. Memorial and SIU has all my records. My Doctor is Alica Altimens. I NEED my MRI or quatenzone shot. I relieve this pain for a while

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
☐ Check if this is NOT an emergency grievance.

Offender's Signature: [signature]    ID#: S16026    Date: 7/6/19

(Continue on reverse side if necessary)

## Counselor's Response (if applicable)

Date Received: 7/10/19    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Referred to HCU. Please see attached response.

Print Counselor's Name: Cearlock    Counselor's Signature: [signature]    Date of Response: 7/24/19

## EMERGENCY REVIEW

Date Received: 7/9/19    Is this determined to be of an emergency nature?
☐ Yes; expedite emergency grievance
☑ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature: KA Smith    Date: 7/9/19

Distribution: Master File; Offender    Page 1    DOC 0046 (1/2018)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

Housing Unit: _____   Bed #: _____

it. I have informed my wife of everything and she has informed my attorney. that I am being refused treatment. Because doctor Nawoor is tell me there's nothing he can do I just have to deal with this chronic pain for the next 7 months til I get home Is that fair So my attorney will contact Wexford or more and see why am I being refused treatment Lippert v Baldwin. Estella v Gamble. Due Process. Wanton infliction and I need so blood work done. I'm getting advise from a doctor who can barely understand what he's saying. He just don't know he's some pills that take care of things. No one knows your body better than you. I can't do some of my daily things I use to do. Is fair for a person to stay and suffer in chronic pain.

ILLINOIS DEPARTMENT OF CORRECTIONS
Auxiliary Aids & Services Assessment / Communication Plan

| Stapleton, Gregory | Taylorville Correctional Center | S10026 |
|---|---|---|
| Offender Name | Facility | ID Number |

**Qualified Specialist:**

| | | |
|---|---|---|
| Specialist Name (Print) | Specialist Signature | Date |

**Offender:**

| | | |
|---|---|---|
| Offender Name (Print) | Offender Signature | Date |

**ADA Accommodations Met**  Yes ☐  No ☐

If No, please explain:

**ADA Coordinator:**

| Shelith Hansbro | Shelith W. Hansbro  Digitally signed by Shelith W. Hansbro  Date: 2019.10.18 15:20:50 -05'00' | Oct 18, 2019 |
|---|---|---|
| Coordinator Name (Print) | Coordinator Signature | Date |

**Offender:**

| Stapleton, Gregory | [signature] | Oct 18, 2019 |
|---|---|---|
| Offender Name (Print) | Offender Signature | Date |

Any Auxiliary Aid or Service and ADA Communication Plan may be modified, revised or removed by agreement of the offender and the applicable facility ADA Coordinator.

## ILLINOIS DEPARTMENT OF CORRECTIONS
### Auxiliary Aids & Services Assessment / Communication Plan

| Stapleton, Gregory | Taylorville Correctional Center | S10026 |
|---|---|---|
| Offender Name | Facility | ID Number |

Comments:

### 3. Assessment of Speaking Ability

(For example: Can the person speak sufficiently clearly for the average person to understand them? If so, are there conditions required, such as in a quiet setting?)

A. Able to speak clearly for the average person to understand?   Excellent ☐   Good ☐   Fair ☒   Poor ☐   None ☐

B. Special conditions needed?   Yes ☐   No ☒

If yes, please list: _____

Comments:

### 4. Assessment of Lip-Reading Ability

(For example: Can the person read lips? If so, are there conditions required, such as only when the person speaking speaks clearly and slowly, or only when the conversation is one-on-one and in a quiet setting?)

A. Able to read lips?   Excellent ☐   Good ☒   Fair ☐   Poor ☐   None ☐

B. Special conditions needed?   Yes ☒   No ☐

If yes, please list: Need face-to-face contact

Comments:

### 5. Communication Devices

A. Uses:   Hearing Aid ☒   Cochlear Implant/Implantable Device ☐

B. Device:   Requires batteries ☒   Rechargeable ☐

### A. Accommodations that must be provided for the following programs and activities:

For 'Interpreter Needed', note whether the Offender requires an interpreter. If Offender's primary language is sign language per the Qualified Specialist's assessment, presume an interpreter is needed.
For 'Other Accommodation Needed', note whether the Offender requires other Auxiliary Aids/Services or Accommodations, such as one-on-one meetings in quiet room, exchange of written note, visual aids, etc.

| Program, Service or Activity | Interpreter Needed? | List Other Accommodations Needed? | Confirmed by ADA Coordinator | Comments |
|---|---|---|---|---|
| Disciplinary investigations and proceedings | Yes ☐  No ☒ | | Yes ☒  No ☐ | |