ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Authorization for Payment

Posting Document # 90224 0 12/1/18 (dm) Date 11-27-18

Offender Name Gregory Stapleton ID# S10026 Housing Unit 31-25

Pay to IDOC

Address _____

City, State, Zip _____

The sum of $5.00 _____ dollars and _____ cents charged to my trust fund account, for the purpose of Sick Call

☐ I hereby authorize payment of postage for the attached mail. ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature _Gregg Stapl_ ID# S10026

Witness Signature _John O'Brien DDS_

☒ Approved ☐ Not Approved Chief Administrative Officer Signature _J. Vargas LPT_

Postage applied in the amount of _____ dollars and _____ cents.

Distribution: Business Office, Offender, Mail Room

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)

Printed on Recycled Paper

---

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Authorization for Payment

Posting Document # 90-230 2 11/27/18 (dm) Date 11-23-18

Offender Name Gregory Stapleton ID# S10026 Housing Unit 31-25

Pay to IDOC

Address _____

City, State, Zip _____

The sum of $5.00 _____ dollars and _____ cents charged to my trust fund account, for the purpose of Sick Call

☐ I hereby authorize payment of postage for the attached mail. ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature _Gregg Stapl_ ID# S10026

Witness Signature _____

☒ Approved ☐ Not Approved Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and _____ cents.

Distribution: Business Office, Offender, Mail Room

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)

Printed on Recycled Paper

**ILLINOIS DEPARTMENT OF CORRECTIONS**
## Offender Authorization for Payment

Posting Document # 90-13753  HHHNS  Date 11-14-17

Offender Name Gregory Stipleton  ID# 510026  Housing Unit 3125

Pay to ___IDOC___

Address _____

City, State, Zip _____

The sum of $5.00 dollars and _____ cents charged to my trust fund account, for the purpose of ___Sick Call___

☐ I hereby authorize payment of postage for the attached mail.  ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature _____  ID# 510026

Witness Signature _____

☐ Approved  ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and _____ cents.

Distribution: Business Office, Offender, Mail Room

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)

*Printed on Recycled Paper*

---

**ILLINOIS DEPARTMENT OF CORRECTIONS**
## Offender Authorization for Payment

Posting Document # _____  Date 7-3-18

Offender Name Gregory Stipleton  ID# 510026  Housing Unit 5-15

Pay to _____

Address _____

City, State, Zip _____

The sum of $5. dollars and 00 cents charged to my trust fund account, for the purpose of ___SICK CALL___

☐ I hereby authorize payment of postage for the attached mail.  ☐ I hereby request information on electronic fund transfers to be placed in the attached mail.

Offender's Signature _____  ID# 510026

Witness Signature K Smith RN

☒ Approved  ☐ Not Approved   Chief Administrative Officer's Signature K Smith

Postage applied in the amount of _____ dollars and _____ cents.

Distribution: Business Office, Offender

DOC 0296 (Eff. 1/2006)
Replaces DC 828

**ILLINOIS DEPARTMENT OF CORRECTIONS**
## Offender Authorization for Payment

Posting Document # _JN_____ Date _9-17-19_

Offender Name _Greg Stapleton_ ID# _S10026_ Housing Unit _6H #7_

Pay to _IDOC_

Address _____

City, State, Zip _____

The sum of _5_ dollars and _00_ cents charged to my trust fund account, for the purpose of _NSC_

☐ I hereby authorize payment of postage for the attached mail.   ☐ I hereby request information on electronic fund transfers to be placed in the attached mail.

Offender's Signature _Greg Stapleton_ ID# _S10026_

Witness Signature _Auburn_

☒ Approved  ☐ Not Approved   Chief Administrative Officer's Signature _Daniel Clarke (ME)_

Postage applied in the amount of _____ dollars and _____ cents.

Distribution: Business Office, Offender

DOC 0296 (Eff. 1/2006)
Replaces DC 828

*Coming for the same thing Chronic Pain and nothing being done*

---

**ILLINOIS DEPARTMENT OF CORRECTIONS**
## Offender Authorization for Payment

Posting Document # _JN_____ Date _8.11.19_

Offender Name _Gregory Stapleton_ ID# _S10026_ Housing Unit _6D 21.7_

Pay to _____

Address _____

City, State, Zip _____

The sum of _____ dollars and _____ cents charged to my trust fund account, for the purpose of _____

☐ I hereby authorize payment of postage for the attached mail.   ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature _Greg Stapleton_ ID# _S10026_

Witness Signature _C/O Rodgers 10/19_

☐ Approved  ☐ Not Approved   Chief Administrative Officer Signature _D Clark_

Postage applied in the amount of _____ dollars and _30_ cents.

Distribution: Business Office, Offender, Mail Room

*Printed on Recycled Paper*

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Authorization for Payment

Posting Document # _____  Date 5-11-19

Offender Name Gregory Stapleton  ID# 510026  Housing Unit La 31-7

Pay to _____

  Address _____

  City, State, Zip _____

The sum of _____ dollars and _____ cents charged to my trust fund account, for the purpose of _____

☐ I hereby authorize payment of postage for the attached mail.   ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature _Greg Stapt_  ID# 510026

Witness Signature _C/O Rayome 1029_

☐ Approved  ☐ Not Approved  Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and 15 cents.

Distribution: Business Office, Offender, Mail Room

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)

*Printed on Recycled Paper*

---

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Authorization for Payment

Posting Document # _____  Date 5/29/19

Offender Name Stapleton, Gregory  ID# 510026  Housing Unit 58-14

Pay to IDOC

  Address _____

  City, State, Zip _____

The sum of $5.00 dollars and _____ cents charged to my trust fund account, for the purpose of Sick Call

☐ I hereby authorize payment of postage for the attached mail.   ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

X Offender Signature _Greg Stapt_  ID# 510026

Witness Signature _____

☒ Approved  ☐ Not Approved  Chief Administrative Officer Signature _John Varga (by)_

Postage applied in the amount of _____ dollars and _____ cents.

Distribution: Business Office, Offender, Mail Room

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)

*Printed on Recycled Paper*